# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| BARBARA TAYLOR, | |
| Plaintiff, | Case No. 2:08-cv-00909-KJD-GWF |
| vs. | **FINDINGS AND RECOMMENDATIONS** |
| UNITED HYUNDAI DEALERSHIP, | |
| Defendant. | |

On July 14, 2008, Plaintiff submitted her Motion to Proceed *In Forma Pauperis* (#1). However, the Court was unable to determine whether Plaintiff could proceed *in forma pauperis* as a result of Plaintiff not submitting a completed application to proceed *in forma pauperis* and a financial affidavit. On July 23, 2007, the Court issued Order (#2), which denied Plaintiff's Motion to Proceed *In Forma Pauperis* (#1) without prejudice, and directed the Clerk of the Court to send Plaintiff an Application to Proceed *In Forma Pauperis* and Form CJA 23. Furthermore, the Court directed Plaintiff to submit the completed application and financial affidavit by **August 25, 2008**. Plaintiff was advised that failure to comply with Order (#2) would result in the recommendation that her action be dismissed. To date, Plaintiff has not complied with Court Order (#2) within the allotted time period, and the time allowed has expired. Accordingly,

**IT IS HEREBY RECOMMENDED** that this action should be **dismissed** without prejudice based on Plaintiff's failure to either pay the appropriate filing fee of $350.00, or submit a completed application and affidavit in support of a request to proceed *in forma pauperis*.

## NOTICE

Pursuant to Local Rule IB 3-2, any objection to this Finding and Recommendation must be in

writing and filed with the Clerk of the Court within ten (10) days.  The Supreme Court has held that the courts of appeal may determine that an appeal has been waived due to the failure to file objections within the specified time.  *Thomas v. Arn*, 474 U.S. 140, 142 (1985).  This circuit has also held that (1) failure to file objections within the specified time and (2) failure to properly address and brief the objectionable issues waives the right to appeal the District Court's order and/or appeal factual issues from the order of the District Court.  *Martinez v. Ylst,* 951 F.2d 1153, 1157 (9th Cir. 1991); *Britt v. Simi Valley United Sch. Dist.*, 708 F.2d 452, 454 (9th Cir. 1983).

        DATED this 9th day of September, 2008.

                              **GEORGE FOLEY, JR.**
                              **UNITED STATES MAGISTRATE JUDGE**