# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

BARBARA TAYLOR,

    Plaintiff,

v.

UNITED HYUNDAI DEALERSHIP,

    Defendant.

Case No. 2:08-CV-0909-KJD-GWF

**ORDER**

On September 9, 2008, Magistrate Judge George W. Foley issued Findings and Recommendations (#3) that this action be dismissed without prejudice. Specifically, the Magistrate Judge found that the Court had previously filed an Order (#2), on July 23, 2008, which denied Plaintiff's Motion to Proceed *In Forma Pauperis*, and directed Plaintiff to submit a completed application (sent to her by the Clerk of the Court) by August 25, 2008. The Order of July 23, 2008, advised Plaintiff that failure to comply with the Order may result in the dismissal of her action. Additionally, the Magistrate found that Plaintiff had failed to comply with the Court's order within the time allotted her.

To date, Plaintiff has failed to comply with the Court's Order. Additionally, Plaintiff has failed to file any objection to the Magistrate's Findings and Recommendations. Therefore, having reviewed the record in this case, the Court upholds the Findings and Recommendations of the Magistrate.

**IT IS HEREBY ORDERED** that this action is **DISMISSED** without prejudice.

DATED this 23rd day of October 2008.

_____
Kent J. Dawson
United States District Judge